FILED 11 JAN 26 16:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RICHARD GERALD ORR,

    Plaintiff,

v.

AARON FELTON, et al.,

    Defendants.

Civil No. 10-6269-TC

ORDER

COFFIN, Magistrate Judge.

Plaintiff's Motion for dismissal without prejudice (#35) is allowed. This order does not toll or otherwise affect the statute of limitation or any other defense that defendants have as of the date of this order or at the time, if any, that plaintiff files an "amended complaint" or subsequent action.

IT IS SO ORDERED.

DATED this 26th day of January, 2011.

_____
Thomas M. Coffin
United States Magistrate Judge

1 - ORDER